**LEON COSGROVE, LLC**
John Bosco, Texas State Bar Number 24045533
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 578-3529
Fax: (305) 437-8158
Email: jbosco@leoncosgrove.com
*Admitted Pro Hac Vice*

Attorney for AARON BROTHERS, INC., Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DMITRY YANUSHKEVICH,
Plaintiff,

vs.

AARON BROTHERS, INC., a Delaware corporation, d/b/a AARON BROTHERS ART & FRAMING; ALEX DELLY, an individual; SHARON K. DELLY, an individual; ROBERT G. BLATMAN, an individual; and DOES 1-20 inclusive,
Defendants.

Case No. 16-cv-3019-EMC

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, in the interest of conserving party and judicial resources and exploring the possibility of an early resolution, Plaintiff Dmitry Yanushkevich ("Plaintiff"), has provided Defendant Aaron Brothers, Inc., Defendant Alex Delly, Defendant Sharon K. Delly, and Defendant Robert G. Blatman (collectively, "Defendants") with a settlement demand, Defendants have responded and the parties are actively engaged in productive settlement discussions;

WHEREAS, a resolution of the case would obviate Defendants' need to respond to the Complaint;

WHEREAS, the parties have previously stipulated to extend Defendants' deadline to respond to the Complaint;

Pursuant to Local Rule 6-2, IT IS HEREBY STIPULATED AND AGREED to by and between the parties, subject to the approval of the Court, that the following deadlines apply:

November 11, 2016 Last Day for Defendants to Respond to Complaint

November 11, 2016 Last Day for Plaintiff to file "Notice of Need for Mediation"

No provision of this Stipulation shall be construed as a waiver of any and all claims or defenses available to either Plaintiff or Defendants, and any and all such claims and defenses are hereby expressly reserved.

IT IS SO STIPULATED.

Dated: October 26, 2016

*/s/ Irene Karbelashvili*
Irene Karbelashvili, Attorney for Plaintiff Dmitry Yanushkevich

Dated: October 26, 2016

*/s/ John Bosco*
John Bosco, Attorney for Defendant Aaron Brothers, Inc.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I, John D. Bosco, received the concurrence of counsel for Plaintiff in the filing of this document.

By: */s/ John Bosco*
JOHN BOSCO

**[~~PROPO~~SED] ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED that the following deadlines apply:

November 11, 2016 Last Day for Defendants to Respond to Complaint

November 11, 2016 Last Day for Plaintiff to file "Notice of Need for Mediation"

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Edward M. Chen

NORTHERN DISTRICT OF CALIFORNIA

E EDWARD M. CHEN

U T JUDGE