**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DMITRY YANUSHKEVICH, Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DMITRY YANUSHKEVICH,<br>Plaintiff,<br><br>vs.<br><br>AARON BROTHERS, INC., a Delaware corporation, d/b/a AARON BROTHERS ART & FRAMING; ALEX DELLY, an individual; SHARON K DELLY, an individual; ROBERT G BLATMAN, an individual; and DOES 1-20 inclusive,<br>Defendants. | Case No. 16-cv-3019-EMC<br><br>**STIPULATION AND [PRO~~POS~~ED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) and (Fed. R. Civ. P. 41(a)(2)) |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Dmitry Yanushkevich ("Plaintiff"), Defendant Aaron Brothers, Inc., Defendant Alex Delly, Defendant Sharon K. Delly, and Defendant Robert G. Blatman (collectively, "Defendants"), that having reached a full and final resolution of Plaintiff's claims, this action be dismissed with prejudice. The parties are to bear their own attorneys' fees and costs. The parties also request that the Court retain jurisdiction over the enforcement of the terms of the CONFIDENTIAL SETTLEMENT AGREEMENT executed by Plaintiff and Defendants and approved by their respective attorneys.

IT IS SO STIPULATED.

Dated: February 16, 2017

*/s/ Irene Karbelashvili*
Irene Karbelashvili, Attorney for Plaintiff Dmitry Yanushkevich

Dated: February 21, 2017

*/s/ John Bosco*
John Bosco, Attorney for Defendants

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I, Irene Karbelashvili, received the concurrence of counsel for Defendants in the filing of this document

By: */s/ Irene Karbelashvili*
IRENE KARBELASHVILI

## [PROPOSED] ORDER

Having reviewed the above Stipulation for Dismissal with Prejudice by Plaintiff DMITRY YANUSHKEVICH ("Plaintiff") on the one hand and Defendants AARON BROTHERS, INC., a Delaware corporation, d/b/a AARON BROTHERS ART & FRAMING; ALEX DELLY, an individual; SHARON K DELLY, an individual; ROBERT G BLATMAN, an individual ("Defendants") on the other hand,

**IT IS HEREBY ORDERED** that:

1. This action be dismissed with prejudice.
2. All parties shall bear their own costs and fees in the action.
3. The Court retains jurisdiction over the parties' CONFIDENTIAL SETTLEMENT AGREEMENT.
4. The Clerk shall close the case file.

Dated: 2/22/2017

